## JOSEPH H. REINHART *v.* BENJAMIN Y. CUNNINGHAM.

[No. 82, October Term, 1931.]

*Decided January 14th, 1932.*

The cause was argued before BOND, C. J., URNER, ADKINS, OFFUTT, PARKE, and SLOAN, JJ.

*George W. Legge, Jr.,* and *Saul Praeger,* submitting on brief, for the appellant.

*Charles G. Watson,* for the appellee.

PARKE, J., delivered the opinion of the Court.